# Law Office of Mohammed Gangat

675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatollc.com

February 8, 2024

*via ECF*
Hon. Judge Kenneth M. Karas, USDJ
United States District Court, SDNY
300 Quarropas St,
White Plains, NY 10601

        **Re:**   *Gloria C. Rosado v. 505 Wash LLC,*
              **Case No. 7:23-cv-08344-KMK**

Greetings:

    I represent plaintiff Gloria C. Rosado. I write to respectfully request an extension of time to the parties' deadline to file their Rule 68 offer and acceptance. The deadline was January 30, 2024. On January 30, 2024, I filed a letter requesting to extend the deadline by one week. That request remains pending.

    One week has passed since January 30, 2024, and I am now again requesting an extension of the deadline. This time I am asking that the deadline be extended from January 30, 2024 to February 29, 2024.

    On January 23, 2024, the parties reported to the Court that they intended to resolve this action through the Rule 68 process. On January 24, 2024, the Court ordered that the Rule 68 process be completed by January 30, 2024.

    When I filed my first request to extend the January 30 deadline, I requested one additional week because I was under the impression the parties would only need one additional week. Over the past week I have communicated with defense counsel on several occasions and it is clear to me that this process will likely need several weeks. That being said, my only option in order to resolve this action through the Rule 68 process as discussed with defense counsel appears to be to ask the Court to extend the deadline to February 29, 2024. I submit that this is in the best interest of the parties and the Court as it will allow the parties to fully and finally resolve all claims in the most efficient and reasonable manner in the circumstances. My adversary consents to this request.

    As always, I thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Mohammed Gangat*
Mohammed Gangat, Esq.

Granted.
So Ordered.
[signature]
2/9/24