**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Gloria C. Rosado, *on behalf of herself and others similarly situated,* <br><br> *Plaintiff*, <br><br> -against- <br><br> 505 Wash LLC, <br><br> *Defendant*. | Case No. 7:23-cv-08344-KMK <br><br> **NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Gloria C. Rosado ("Plaintiff") hereby accepts the attached Offer of Judgement by Defendant 505 Wash LLC ("Defendant") in the above-captioned action, in full and final settlement of all of Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Date:   February 29, 2024    Respectfully Submitted,
        New York, NY

**Law Office of Mohammed Gangat**

_____
Mohammed Gangat, Esq.
675 Third Avenue, Ste 1810,
New York, NY 10017
718-669-0714
mgangat@gangatpllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLORIA C. ROSADO, *on behalf of herself and others similarly situated*,

                          Plaintiff,                          No. 723-cv-08344 (KMK)

     -against-

505 WASH LLC,                                     **OFFER OF JUDGMENT**

                          Defendant.
------------------------------------------------------------------X

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, 505 Wash LLC ("Defendant"), by its attorneys Milber Makris Plousaidis & Seiden, LLP, hereby offer to allow judgment to be taken against them, jointly and severally, in favor of Plaintiff, Gloria C. Rosado ("Plaintiff"), in the sum of Twenty Thousand Dollars and Zero Cents ($20,000), inclusive of all attorneys' fees, costs, and expenses accrued as of this date and apportioned to the legal representation of Plaintiff. The amount paid to Plaintiff shall be inclusive of all damages, liquidated damages, and interest in full and final resolution of all of Plaintiff's claims against Defendant arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action. If Plaintiff accepts this Offer of Judgment, the only payment due from Defendant in full resolution of this action shall be $20,000. Plaintiff shall file a Satisfaction of Judgment within five business days of Defendant's complete payment of any Judgment entered in this action as a result of this Offer of Judgment.

       This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any Judgment that may result from this Offer

Page 1 of 2

of Judgment shall be construed as either an admission of liability on the part of Defendant or an admission that Plaintiff has suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge Defendant from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action, including all claims made pursuant to the Fair Labor Standards Act, New York Labor Law, and the New York Wage Theft Prevention Act.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and shall be deemed withdrawn unless Plaintiff serves written notice of his acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated: Woodbury, New York
        February 29, 2024

                                      MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

                            BY: *John J. Byrnes*
                                      Elizabeth R. Gorman, Esq.
                                      John J. Byrnes, Esq.
                                      1000 Woodbury Road, Suite 402
                                      Woodbury, New York 11797
                                      Tel.: (516) 712-4000
                                      egorman@milbermakris.com
                                      jbyrnes@milbermakris.com
                                      *Attorneys for Defendant*

TO:    Mohammed Gangat, Esq.
          LAWYERFORWORKERS
          675 Third Avenue, Suite 1810
          New York, New York 10017
          Tel.: (718) 669-0714
          mgangat@gangatpllc.com
          *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Gloria C. Rosado, *on behalf of herself and others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>505 Wash LLC,<br><br>*Defendant.* | Case No. 7:23-cv-08344-KMK<br><br>**AFFIDAVIT OF SERVICE** |

I, BASMA OUARDA, hereby affirm the following under the penalties of perjury:

1. I am not a party to this action and am over 18 years of age.

2. On February 29, 2024, I served a copy of Defendant's Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure and Plaintiff's Notice of Acceptance; by regular mail, upon counsel for Defendant 505 Wash LLC, to Elizabeth R. Gorman, Esq. at 1000 Woodbury Road, Suite 402, Woodbury, NY 11797; and by email at egorman@milbermakris.com.

Sworn to before me this
29th day of February 2024

_____
NOTARY PUBLIC

_____
BASMA OUARDA

Mohammed Ahmed Gangat, Esq.
Notary Public State of New York
Reg No 02GA6348633
Qualified in Nassau County
Commission Expires 10/09/2024