**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Gloria C. Rosado, *on behalf of herself and others similarly situated*,<br><br>                           *Plaintiff*,<br><br>    -against-<br><br>505 Wash LLC,<br><br>                           *Defendant*. | Case No. 7:23-cv-08344-KMK<br><br>**JUDGMENT (PROPOSED)** |

       A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff Gloria C. Rosado ("Plaintiff") on February 29, 2024, accepting the February 29, 2024, Offer of Judgment from defendant 505 Wash LLC ("Defendant") to allow judgment against them in favor of Plaintiff in the amount of $20,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff in litigating his claims to February 29, 2024, it is

       **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Gloria C. Rosado and against Defendant, 505 Wash LLC, in the total amount of $20,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff in litigating his claims to February 29, 2024; and that this case is closed.

Judgment signed this _____ day of _____ 2024.

 

                                                                                    _____
                                                                                    Clerk of Court