UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gloria C. Rosado, *on behalf of herself and others similarly situated,*<br><br>  -against-<br><br>505 Wash LLC,<br><br>*Plaintiff,*<br><br>*Defendant.* | Case No. 7:23-cv-08344-KMK<br><br>**NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Gloria C. Rosado ("Plaintiff") hereby accepts the attached Offer of Judgement by Defendant 505 Wash LLC ("Defendant") in the above-captioned action, in full and final settlement of all of Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Date:  February 29, 2024
       New York, NY

Respectfully Submitted,

**Law Office of Mohammed Gangat**

_____
Mohammed Gangat, Esq.
675 Third Avenue, Ste 1810,
New York, NY 10017
718-669-0714
mgangat@gangatpllc.com

In light of the acceptance of the Rule 68 offer, the Clerk is respectfully directed to close this case.

So Ordered.
3/1/24